Law Offices of Tae H. Whang, LLC
Tae Hyun Whang, Esq,
185 Bridge Plaza North, Suite 201
Fort Lee, NJ 07024
(201) 461-0300
Attorneys for Creditor Bank of Hope

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK (Brooklyn)
-----------------------------------------------------------X

| | |
|---|---|
| IN RE: | Case No.: 1-24-40472-ess |
| Sung Hoon Cha and Jung Ok Kim Cha, | Chapter 7 |
| Debtors. | |

-----------------------------------------------------------X

NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF PAPERS
<u>PURSUANT TO BANKRUPTCY RULE 2002</u>

     PLEASE TAKE NOTICE that the undersigned hereby appear in the above-captioned as attorneys for creditor **Bank of Hope.**

     PLEASE TAKE FURTHER NOTICE that demand is hereby made that copies of all pleadings and papers served or filed in the above-captioned bankruptcy proceeding, including without limitation, any notices required or permitted pursuant to Bankruptcy Rule 2002 be served upon the following:

        Law Offices of Tae H. Whang, LLC
        185 Bridge Plaza North, Suite 201
        Fort Lee, NJ 07024
        (201) 461-0300

Dated:     Fort Lee, New Jersey
            March 27, 2024

        <u>/s/ Tae Hyun Whang</u>
        Law Offices of Tae H. Whang, LLC
        Attorneys for Creditor Bank of Hope
        By: Tae Hyun Whang, Esq.
        185 Bridge Plaza North, Suite 201
        Fort Lee, NJ 07024
        (201) 461-0300