United States Bankruptcy Court
Eastern District of New York

| | |
|---|---|
| In re: | Case No. 24-40472-ess |
| Sung Hoon Cha | Chapter 7 |
| Jung Ok Kim Cha | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0207-1 | User: admin | Page 1 of 4 |
| Date Rcvd: May 15, 2024 | Form ID: 318DF7 | Total Noticed: 79 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sung Hoon Cha, Jung Ok Kim Cha, 2 Bay Club Drive, Apt. 17C, Bayside, NY 11360-2930 |
| 10299250 | + | 11 NORTHERN BLVD., LLC, 575 LEXINGTON AVENUE, SUITE 3120, NEW YORK, NY 10022-6110 |
| 10299249 | + | 11 NORTHERN BLVD., LLC, C/O EMERALD CREEK CAPITAL, 575 LEXINGTON AVENUE, SUITE 3120, NEW YORK, NY 10022-6110 |
| 10299254 | + | ANHEUSER BUSCH, 550 FOOD CENTER DRIVE, BRONX, NY 10474-7047 |
| 10299255 | + | AVELI WASTE LLC, 14150 73RD TERRACE, FLUSHING, NY 11367-2334 |
| 10299258 | + | BANK OF HOPE, 3200 WILSHIRE BLVD., 7TH FLOOR, LOS ANGELES, CA 90010-1325 |
| 10299259 | + | BFFA, 1430 BROADWAY, SUITE 1208, NEW YORK, NY 10018-3384 |
| 10299260 | + | BORAH, GOLDSTEIN, ALTSCHU, 377 BROADWAY, 6TH FLOOR, NEW YORK, NY 10013-3907 |
| 10323931 | + | Bank of Hope, c/o Law Offices of Tae H. Whang, LLC, 185 Bridge Plaza North, Suite 201, Fort Lee, NJ 07024-5900 |
| 10299263 | + | CHUO TRADING CORP., 97-44 101ST STREET, OZONE PARK, NY 11416-2613 |
| 10299266 | + | CON EDISON, COOPER STATION, PO BOX 138, NEW YORK, NY 10276-0138 |
| 10299267 | + | DAE DONG & ASSOCIATES, INC., 11 NORTHERN BOULEVARD, GREAT NECK, NY 11021-4030 |
| 10299268 | + | DAVID LEE, 50 ELM DRIVE, ROSLYN, NY 11576-2316 |
| 10299270 | | ELMER CHILLA, C/O NYS DEPT. OF LABOR, BUILDING 12, W.A. HARRIMAN CAMPUS, ALBANY, NY 12226 |
| 10299271 | + | EMERALD CREEK CAPITAL, 575 LEXINGTON AVENUE, SUITE 3120, NEW YORK, NY 10022-6110 |
| 10299272 | + | EMMUT PROPERTIES, 521 W 48TH STREET, #1A, NEW YORK, NY 10036-1156 |
| 10299273 | + | EUN KYUNG KIM, 42-07 PARSONS BLVD., FLUSHING, NY 11355-2158 |
| 10299274 | + | F.T. WEDDING GROUP, LTD, 150-24 NORTHERN BOULEVARD, 2ND FLOOR, FLUSHING, NY 11354-3881 |
| 10299275 | + | FANCY FOODS INC, B-12 HUNTS POINT MARKET, BRONX, NY 10474-7500 |
| 10299276 | + | FAR EAST DISTRIBUTOR, 50-19 97TH PLACE, CORONA, NY 11368-3028 |
| 10299277 | + | FINEWEAR LINEN INC, 22 E COLUMBIA AVENUE, PALISADES PARK, NJ 07650-1405 |
| 10299278 | + | HAN SUNG, 1826 SUYDAM STREET, RIDGEWOOD, NY 11385-1160 |
| 10299279 | + | HAPPY FLOWERS, 147-34A NORTHERN BLVD., FLUSHING, NY 11354-4339 |
| 10299281 | | JFC INTERNATIONAL, 80 REAR INDUSTRIAL WAY, WILMINGTON, MA 01887 |
| 10299282 | | JOHN YO HAN SEO, C/O NYS DEPT. OF LABOR, BUILDING 12, W.A. HARRIMAN CAMPUS, ALBANY, NY 12226 |
| 10299283 | | JOSE PITCHOL, C/O THE SAMUEL LAW FIRM, 1441 BROADWAY, SUITE 6085, NEW YORK, NY 10018 |
| 10299284 | + | JUNG MOON GU, 3406 148TH STREET, 2ND FLOOR, FLUSHING, NY 11354-3739 |
| 10299285 | + | KYUNG LEE, 400 BROADACRE DRIVE, UNIT 400, BLOOMFIELD, NJ 07003-3156 |
| 10299286 | + | LUXURY CARD, PO BOX 8802, WILMINGTON, DE 19899-8802 |
| 10299287 | | MIGUEL ELOQUE, C/O NYS DEPT. OF LABOR, BUILDING 12, W.A. HARRIMAN CAMPUS, ALBANY, NY 12226 |
| 10299288 | + | MILLENIUM GOLF, 151-15 25TH DRIVE, FLUSHING, NY 11354-1503 |
| 10299289 | + | MILLENNIUM DAE DONG, INC., 150-24 NORTHERN BOULEVARD, 2ND FLOOR, FLUSHING, NY 11354-3804 |
| 10299290 | + | MLWD, 170 EAST SHORE ROAD, GREAT NECK, NY 11023-2408 |
| 10299291 | + | MYUNG HEE HONG, 249-56 60TH AVENUE, LITTLE NECK, NY 11362-2032 |
| 10299292 | + | NATIONAL GRID, 89-67 162 STREET, JAMAICA, NY 11432-5071 |
| 10299293 | + | NY KOREAN NAIL ASSC., 163-07 DEPOT ROAD, SUITE 202, FLUSHING, NY 11358-2055 |
| 10299300 | | PAOLO MAATULUL, C/O NYS DEPT OF LABOR, BUILDING 12, W.A. HARRIMAN CAMPUS, ALBANY, NY 12226 |
| 10299301 | + | PAUL KIM, 35-20 BELL BLVD., BAYSIDE, NY 11361-1732 |
| 10299302 | + | PERFORMANCE FOOD SERVICE, 1 IKEA DRIVE, ELIZABETH, NJ 07201-2967 |
| 10299305 | | SEGUNDO GARCIAS, C/O NYS DEPT. OF LABOR, BUILDING 12, W.A. HARRIMAN CAMPUS, ALBANY, NY 12226 |
| 10299306 | | SUNG SAM BANG, C/O NYS DEPT. OF LABOR, BUILDING 12, W.A. HARRIMAN CAMPUS, ALBANY, NY 12226 |
| 10299309 | | THE KOREAN PRODUCE ASSC., NYC TERMINAL MARKET, ROOM 261A, BRONX, NY 10474 |
| 10299310 | | THE SAMUEL LAW FIRM, 1441 BROADWAY, SUITE 6085, NEW YORK, NY 10018 |

| District/off: 0207-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 15, 2024 | Form ID: 318DF7 | Total Noticed: 79 |

| | | |
|---|---|---|
| 10299311 | | US ATTORNEY'S OFFICE EDNY, ATTN: CIVIL DIVISION, 271-A CADMAN PLAZA EAST, BROOKLYN, NY 11201-1820 |
| 10299312 | | US ATTORNEY'S OFFICE EDNY, ATTN: KEVIN YIM, 271-A CADMAN PLAZA EAST, 7TH FLOOR, BROOKLYN, NY 11201-1820 |
| 10299316 | + | US SMALL BUSINESS ADMIN, NEW YORK DISTRICT OFFICE, ATTN: DIANA ST. LOUIS, 26 FEDERAL PLAZA, RM 3100, NEW YORK, NY 10278-3199 |
| 10299319 | | YOO PRODUCE BUYING SVCRS, 230-A NYC TERMINAL MARKET, BRONX, NY 10474 |
| 10299320 | + | YOUNG JOO SHIN, 85 ATLANTIC STREET, HACKENSACK, NJ 07601-4132 |
| 10299321 | + | YUN HEE CHUNG, 142-18 38TH AVENUE, SUITE 1B, FLUSHING, NY 11354-5554 |
| 10299322 | + | ZABELL & COLLATA, P.C., 1 CORPORATE DRIVE #103, BOHEMIA, NY 11716-2663 |

TOTAL: 50

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + EDI: BRJMCCORD.COM | May 15 2024 22:14:00 | Richard J. McCord, Certilman Balin Adler & Hyman, 90 Merrick Avenue, East Meadow, NY 11554-1597 |
| smg | + Email/Text: USCOURTSEBN@finance.nyc.gov | May 15 2024 18:13:00 | NYC Department of Finance, 345 Adams Street, Office of Legal Affairs, Brooklyn, NY 11201-3739 |
| smg | + Email/Text: nys.dtf.bncnotice@tax.ny.gov | May 15 2024 18:13:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | May 15 2024 18:13:00 | NYS Unemployment Insurance, Attn: Insolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| smg | + Email/Text: ustpregion02.br.ecf@usdoj.gov | May 15 2024 18:13:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn), Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, NY 10004-1415 |
| 10299251 | + Email/PDF: bncnotices@becket-lee.com | May 15 2024 18:20:10 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 10299252 | + Email/PDF: bncnotices@becket-lee.com | May 15 2024 18:20:10 | AMEX, P.O. BOX 981537, EL PASO, TX 79998-1537 |
| 10299253 | + Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | May 15 2024 18:13:00 | ANGELICA GONZALEZ, C/O NYS DEPT. OF LABOR, BUILDING 12, W.A. HARRIMAN CAMPUS, ALBANY, NY 12240-0001 |
| 10299257 | + EDI: BANKAMER | May 15 2024 22:14:00 | BANK OF AMERICA, PO BOX 982238, EL PASO, TX 79998-2238 |
| 10299256 | + EDI: BANKAMER | May 15 2024 22:14:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 10299265 | + EDI: CITICORP | May 15 2024 22:14:00 | CITIBANK, PO BOX 6217, SIOUX FALLS, SD 57117-6217 |
| 10299264 | + EDI: CITICORP | May 15 2024 22:14:00 | CITIBANK, ATTN: BANKRUPTCY, P.O. BOX 790034, ST LOUIS, MO 63179-0034 |
| 10299269 | + EDI: DISCOVER | May 15 2024 22:14:00 | DISCOVER FIN. SVCRS., ATTN: BANKRUPTCY, P.O. BOX 3025, NEW ALBANY, OH 43054-3025 |
| 10299280 | EDI: IRS.COM | May 15 2024 22:14:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OP, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 10299261 | EDI: JPMORGANCHASE | May 15 2024 22:14:00 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, P.O. 15298, WILMINGTON, DE 19850 |
| 10299262 | EDI: JPMORGANCHASE | May 15 2024 22:14:00 | CHASE CARD SERVICES, PO BOX 15369, WILMINGTON, DE 19850 |
| 10299294 | Email/Text: USCOURTSEBN@finance.nyc.gov | | |

Case 1-24-40472-ess   Doc 14   Filed 05/17/24   Entered 05/18/24 00:10:09

| District/off: 0207-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 15, 2024 | Form ID: 318DF7 | Total Noticed: 79 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 15 2024 18:13:00 | NYC DEPT OF FINANCE, 59 MAIDEN LANE, 28TH FLOOR, NEW YORK, NY 10038-4502 |
| 10299295 | + | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | May 15 2024 18:13:00 | NYS DEPT. OF LABOR, UNEMPLOYMENT INS. DIV, BLDG 12 - ROOM 256, ALBANY, NY 12240-0001 |
| 10299297 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | May 15 2024 18:13:00 | NYS DEPT. TAX & FINANCE, PO BOX 5300, BANKRUPTCY UNIT, ALBANY, NY 12205-0300 |
| 10299296 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | May 15 2024 18:13:00 | NYS DEPT. TAX & FINANCE, BANKRUPTCY UNIT - TCD, BUILDING 8, ROOM 455, W.A. HARRIMAN STATE CAMPU, ALBANY, NY 12227-0001 |
| 10299298 | + | Email/Text: JDU@WCB.NY.GOV | May 15 2024 18:13:00 | NYS WORKER'S COMP. BOARD, 328 STATE STREET, ROOM 33, SCHENECTADY, NY 12305-3201 |
| 10299303 | | Email/Text: PSEGLongIslandBankruptcy@pseg.com | May 15 2024 18:13:00 | PSE&G, PO BOX 888, HICKSVILLE, NY 11802-0888 |
| 10299304 | | Email/Text: ggallego@rosenbergestis.com | May 15 2024 18:13:00 | ROSENBERG & ESTIS, PC, 733 THIRD AVENUE, NEW YORK, NY 10017 |
| 10299307 | | EDI: TDBANKNORTH.COM | May 15 2024 22:14:00 | TD BANK, ATTN: BANKRUPTCY, 1701 ROUTE 70 E, CHERRY HILL, NJ 08034 |
| 10299308 | | EDI: TDBANKNORTH.COM | May 15 2024 22:14:00 | TD BANK, PO BOX 219, LEWISTON, ME 04243 |
| 10299313 | | EDI: USBANKARS.COM | May 15 2024 22:14:00 | US BANK, PO BOX 790408, SAINT LOUIS, MO 63179-0408 |
| 10299315 | | EDI: USBANKARS.COM | May 15 2024 22:14:00 | US BANK/RMS, CB DISPUTES, SAINT LOUIS, MO 63166 |
| 10299314 | + | EDI: USBANKARS.COM | May 15 2024 22:14:00 | US BANK/RMS, ATTN: BANKRUPTCY, PO BOX 5229, CINCINNATI, OH 45201-5229 |
| 10299316 | + | Email/Text: bankruptcynotices@sba.gov | May 15 2024 18:13:00 | US SMALL BUSINESS ADMIN, NEW YORK DISTRICT OFFICE, ATTN: DIANA ST. LOUIS, 26 FEDERAL PLAZA, RM 3100, NEW YORK, NY 10278-3199 |
| 10299317 | + | EDI: VERIZONCOMB.COM | May 15 2024 22:14:00 | VERIZON, 500 TECHNOLOGY DRIVE, SUITE 550, WELDON SPRINGS, MO 63304-2225 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Richard J. McCord, Certilman Balin Adler & Hyman, 90 Merrick Avenue, East Meadow, NY 11554-1597 |
| 10299299 | ##+ | PAKO REALTY CORP., 37-10 SKILLMAN AVENUE, LONG ISLAND CITY, NY 11101-1731 |
| 10299318 | ##+ | Y.S. TRADING INC, 3817 23RD STREET, LONG ISLAND CITY, NY 11101-3617 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2024 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John C Kim | on behalf of Joint Debtor Jung Ok Kim Cha john@jcklaw.com steve@jcklaw.com;debbie@jcklaw.com;R43428@notify.bestcase.com |
| John C Kim | on behalf of Debtor Sung Hoon Cha john@jcklaw.com steve@jcklaw.com;debbie@jcklaw.com;R43428@notify.bestcase.com |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |
| Richard J. McCord | on behalf of Trustee Richard J. McCord rmccord@cbah.com afollett@certilmanbalin.com;cfollett@certilmanbalin.com;N190@ecfcbis.com;mmccord@certilmanbalin.com |
| Richard J. McCord | rmccord@cbah.com afollett@certilmanbalin.com;cfollett@certilmanbalin.com;N190@ecfcbis.com;mmccord@certilmanbalin.com |
| Tae Hyun Whang | on behalf of Creditor Bank of Hope tw@whanglawllc.com |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Sung Hoon Cha | Social Security number or ITIN  xxx–xx–4901 |
|  | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Jung Ok Kim Cha | Social Security number or ITIN  xxx–xx–7033 |
|  | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    Eastern District of New York | | |
| Case number:  1–24–40472–ess | | |

## Order of Discharge and Final Decree

Revised: 12/15

**IT IS ORDERED:**

A discharge under 11 U.S.C. § 727 is granted to:

> Sung Hoon Cha
> aka Charles Sung Hoon Cha, aka Charles S. Cha
>
> Jung Ok Kim Cha
> aka Jungok Kim Cha

**IT IS FURTHER ORDERED**:

- Richard J. McCord (Trustee) is discharged as trustee of the estate of the above–named debtor(s) and the bond is cancelled.

- The Chapter 7 case of the above–named debtor(s) is closed.

**BY THE COURT**

Dated: May 15, 2024

s/ Elizabeth S. Stong
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**EXPLANATION OF BANKRUPTCY DISCHARGE
IN A CHAPTER 7 CASE**

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). A creditor who violates this order can be required to pay damages and attorney's fees to the debtor(s).

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts;

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**